**COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:    Michael Robinson v. Black Sigma, LLC

Appellate case number:    01-11-00917-CV

Trial court case number:    64769

Trial court:    23rd District Court of Brazoria County

On June 30, 2014, Haynes and Boone, LLP and its attorneys filed a motion to withdraw as counsel for Black Sigma, LLC. The motion is **GRANTED**. Haynes and Boone, LLC and Sashe Dimitroff, Kent Rutter, and Christina Crozier are permitted to withdraw as counsel. Black Sigma, LLC remains represented on this appeal by Michael M. Phillips.

It is so ORDERED.

Judge's signature: ___/s/ Laura C. Higley
                          X  Acting individually    ☐ Acting for the Court

Date:  July 10, 2014